**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GLENROY ANTHONY PEETS | : | |
| | : | CASE NO.: A18-58257-JWC |
| DEBTOR | : | |

**TRUSTEE'S MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 7**

COMES NOW, NANCY J. WHALEY, Standing Chapter 13 Trustee in the above-referenced matter, and files this Motion to Convert Case to One Under Chapter 7. The Trustee respectfully shows the Court the following:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on May 16, 2018. The case was confirmed on September 11, 2018. The plan, as proposed, provides for payments of $1,000.00 per month and a one hundred percent (100%) dividend to unsecured creditors.

2.

The Debtor's mortgage holder, NewRez LLC d/b/a Shellpoint Mortgage Servicing, filed a Motion for Relief from the automatic stay on October 15, 2020 on property located at 350 Wilma Court, Atlanta, Georgia, 30331 (hereinafter "the property").

3.

The Debtor scheduled an ownership interest in the property. The current fair market value of the property is $248,000.00, the balance owed is $133,000.00. The Debtor claimed an exemption against the property of $43,000.00 pursuant to O.C.G.A. § 44-13-100(a)(1), leaving $72,000.00 in non-exempt equity in the property.

4.

As of the date of this motion, unsecured creditors have filed claims totaling $10,172.57.

5.

The Trustee argues it is necessary to convert this case to one under Chapter 7 so to allow the Chapter 7 Trustee to administer the property of the estate and assure the adequate protection of unsecured creditors via liquidation of the Debtor's real property. Allowance of the stay to be lifted so to permit NewRez LLC d/b/a Shellpoint Mortgage Servicing, to foreclose upon the property does not adequately protect unsecured creditors as the value realized from such a sale is likely to be substantially diminished.

6.

Pursuant to 11 U.S.C. §1307(c)(6), the Court may convert a case under Chapter 13 to one under Chapter 7, or dismiss the case, whichever is in the best interest of creditors, based upon a "material default by the debtor with respect to a term of a confirmed plan." The Debtor has failed to maintain the payments to NewRez LLC d/b/a Shellpoint Mortgage Servicing, as provided under the terms of the confirmed plan, and thus a material default has occurred. It is in the best interests of creditors to convert rather than dismiss for the reasons already specified by the Trustee. NewRez LLC d/b/a Shellpoint Mortgage Servicing is adequately protected by the equity that does exist in the property and the fact that any eventual sale should satisfy their lien in full.

WHEREFORE the Trustee prays that this Chapter 13 case be converted to one under Chapter 7 and that a Chapter 7 Trustee be appointed for administration of the Debtor's estate. The Trustee prays that the filing fee not be paid until the Court hears this matter and if the case is converted to one under Chapter 7 that the Trustee be permitted to pay the fee with available funds in the Debtor's case.

Respectfully submitted,

_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

/mep

# CERTIFICATE OF SERVICE

Case No: A18-58257-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Motion to Convert This Case to one Under Chapter 7 by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor:**
GLENROY ANTHONY PEETS
350 WILMA COURT SW
ATLANTA, GA 30331

**Creditor:**
SHELLPOINT MORTGAGE SERVICING
P.O. BOX 10675
GREENVILLE, SC 29603-0675

**Office of the U.S. Trustee:**
OFFICE OF THE U.S. TRUSTEE
ATTN: JENEANE TREACE
ATTN: DAVID WEIDENBAUM
75 TED TURNER DRIVE, S.W.
SUITE 362
ATLANTA, GA 30303

**Creditor Attorney:**
JOHN D. SCHLOTTER, ESQ.
MCCALLA RAYMER LEIBERT PIERCE, LLC
FOR NEWREZ LLC D/B/A SHELLPOINT
MORTGAGE SERVICING
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA 30076

***(ALL CREDITORS LISTED ON MAILING MATRIX)***

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Convert Case to One under Chapter 7 using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC


This the 4th day of November, 2020.


/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

```
Label Matrix for local noticing          AT&T Corp.                               ATLANTA POSTAL CREDIT UNION
113E-1                                   % AT&T Services Inc.                     C/O Thompson, OBrien, Kemp & Nasuti, P.C
Case 18-58257-jwc                        Karen A. Cavagnaro -Lead Paralegal       40 Technology Parkway South, Suite 300
Northern District of Georgia             One AT&T Way, Room 3A104                 Peachtree Corners, Georgia 30092-2924
Atlanta                                  Bedminster, NJ 07921-2693
Tue Nov  3 13:57:27 EST 2020

Julie M. Anania                          Ashley Funding Services, LLC ISAOA as assign   Ashley Funding Services, LLC its successors
Nancy J. Whaley                          Laboratory Corp of America Holdings            assigns as assignee of Laboratory
Standing Chapter 13 Trustee              Resurgent Capital Services                     Corporation of America Holdings
Suite 120                                PO Box 10587                                   Resurgent Capital Services
303 Peachtree Center Avenue              Greenville, SC 29603-0587                      PO Box 10587
Atlanta, GA 30303-1286                                                                  Greenville, SC 29603-0587

Atlanta Postal Credit                    Heather D. Bock                          (p)CAPITAL ONE
3900 Crown Rd Sw                         McCalla Raymer Leibert Pierce LLC        PO BOX 30285
Atlanta, GA 30304-0001                   1544 Old Alabama Road                    SALT LAKE CITY UT 84130-0285
                                         Roswell, GA 30076-2102

Capital One Auto Finan                   Capital One Auto Finance,                Capital One Auto Finance, a division of Capi
3901 Dallas Pkwy                         a division of Capital One NA Department  4515 N Santa Fe Ave. Dept. APS
Plano, TX 75093-7864                     4515 N Santa Fe Ave. Dept. APS           Oklahoma City, OK 73118-7901
                                         Oklahoma City, OK 73118-7901

Cascade Hill HOA                         Cenlar FSB                               Central Loan Admin & R
175 LOST SPRINGS LN SW                   Bankruptcy Department                    Po Box 77404
Atlanta, GA 30331-7399                   425 Philllips Boulevard                  Ewing, NJ 08628-6404
                                         Ewing, NJ 08618-1430

Credit One Bank Na                       (p)EASYPAY FINANCE                       First Premier Bank
Po Box 98872                             PO BOX 2549                              601 S Minnesota Ave
Las Vegas, NV 89193-8872                 CARLSBAD CA 92018-2549                   Sioux Falls, SD 57104-4868

(p)GEORGIA DEPARTMENT OF REVENUE         IRS                                      A. Michelle Hart Ippoliti
COMPLIANCE DIVISION                      401 W Peachtree Street NW                McCalla Raymer Leibert Pierce, LLC
ARCS BANKRUPTCY                          Atlanta, GA 30308                        1544 Old Alabama Road
1800 CENTURY BLVD NE SUITE 9100                                                   Roswell, GA 30076-2102
ATLANTA GA 30345-3202

LVNV Funding, LLC ISAOA as assignee of   LVNV Funding, LLC its successors and assigns   MERRICK BANK
MHC Receivables LLC and FNBM LLC         assignee of MHC Receivables, LLC and           Resurgent Capital Services
Resurgent Capital Services               FNBM, LLC                                      PO Box 10368
PO Box 10587                             Resurgent Capital Services                     Greenville, SC 29603-0368
Greenville, SC 29603-0587                PO Box 10587
                                         Greenville, SC 29603-0587

Merrick Bank Corp                        Ciro A. Mestres                          Midland Funding
Po Box 9201                              McCalla Raymer Leibert Pierce, LLC       2365 Northside Dr Ste 30
Old Bethpage, NY 11804-9001              1544 Old Alabama Road                    San Diego, CA 92108-2709
                                         Roswell, GA 30076-2102

Midland Funding LLC                      Albert F. Nasuti                         New Penn Financial, LLC d/b/a Shellpoint Mor
PO Box 2011                              Thompson, O'Brien, Kemp & Nasuti, PC     P.O. Box 10675
Warren, MI 48090-2011                    Suite 300                                Greenville, SC  29603-0675
                                         40 Technology Parkway South
                                         Peachtree Corners, GA 30092-2924
```

| | | |
|---|---|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servici<br>PO Box 10826<br>Greenville, SC 29603-0826 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Glenroy Anthony Peets<br>350 Wilma Court SW<br>Atlanta, GA 30331-8346 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>St. Cloud, MN 56302-7999 | (p)SCANA ENERGY MARKETING<br>3344 PEACHTREE ROAD<br>SUITE 2150<br>ATLANTA GA 30326-4808 | John D. Schlotter<br>McCalla Raymer Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Suite 2100<br>3350 Riverwood Parkway<br>Atlanta, GA 30339-3363 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Maria A. Tsagaris<br>McCalla Raymer Liebert Pierce<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | Kristin A. Zilberstein<br>Padgett Law Group<br>Suite 925<br>5501 LBJ Freeway<br>Dallas, TX 75240-6220 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Easypay/dvra<br>2701 Loker Av West<br>Carlsbad, CA 92008 | Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 |
| SCANA Energy Marketing, Inc. dba SCANA Energ<br>220 Operation Way, MC C222<br>Cayce, SC 29033 | (d)Scana Energy Marketing<br>3344 Peachtree Rd Ne Ste<br>Atlanta, GA 30326 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ATLANTA POSTAL CREDIT UNION | (u)Cenlar FSB | (u)HomeBridge Financial Services, Inc |

| | | |
|---|---|---|
| (d)New Penn Financial, LLC d/b/a Shellpoint M<br>P.O. Box 10675<br>Greenville, SC 29603-0675 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     4<br>Total                  45 | |